UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

         v.

GENERAL STORE, LLC,

                      Defendant.

25-CV-6549 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 19, 2020, Plaintiff filed proof of service on the docket stating that Defendant General Store, LLC was served on August 14, 2025. General Store, LLC's answer was due on September 4, 2025. Defendant has not appeared, answered, or otherwise responded to the Complaint.

Defendant shall do so or seek an extension by October 17, 2025. If Defendant fails to do so, and Plaintiff intends to move for default judgment, they shall do so by November 7, 2025.

Plaintiff shall serve a copy of this Order on Defendants by October 13, 2025 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    October 8, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge